# IN THE SUPREME COURT OF THE STATE OF NEVADA

JARED EDWARD BEEBE,
                    Appellant,
                vs.
HAROLD WICKHAM, WARDEN,
WARM SPRINGS CORRECTION
CENTER,
                    Respondent.

No. 82872

FILED

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a postconviction petition for a writ of habeas corpus. Fourth Judicial District Court, Elko County; Kriston N. Hill, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal and respondent has filed a non-opposition. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____, J.
                            Cadish

_____, J.          _____, J.
Pickering                                Herndon

21- 30312

cc: Hon. Kriston N. Hill, District Judge
Jared Edward Beebe
Kirsty E. Pickering Attorney at Law
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk